```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

JEANETTE H. WISEMAN,                )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Case No. 3:04-0946
                                    )    Judge Echols
                                    )
VANDERBILT UNIVERSITY and           )
KAREN C. WILLIAMS, individually,    )
and TONDA RICE, individually,       )
                                    )
        Defendants.                 )

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendants Vanderbilt University, Karen C. Williams, and Tonda Rice's Motion for Summary Judgment (Docket Entry No. 11) is hereby DENIED;

(2) Plaintiff Jeanette Wiseman's Motion for Partial Summary Judgment (Docket Entry No. 18) is hereby DENIED;

(3) Plaintiff's Motion for Leave to File Supplemented Response to Defendants' Statement of Undisputed Facts and for Oral Argument (Docket Entry No. 43) is hereby DENIED;

(4) Defendants' Motion to Strike Plaintiff's Supplemental Memorandum Opposing Defendants' Motion for Summary Judgment and Supporting Plaintiff's Motion for Partial Summary Judgment (Docket Entry No. 46) is hereby GRANTED and Plaintiff's Supplemental Memorandum (Docket Entry No. 45) is hereby STRICKEN; and

1

(5) Defendants' Objections to Plaintiff's Motion for Leave to File Supplemental Response to Defendants' Statement of Undisputed Facts (Docket Entry No. 47) is hereby SUSTAINED.

This case is hereby returned to the Magistrate Judge for further proceedings consistent with Local Rule 11 to ensure that this case is ready for the jury trial set for **Tuesday, January 10, 2006**, and the pretrial conference set for **Monday, December 19, 2005 at 2:30 p.m.** (Docket Entry No. 7).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

2

Case 3:04-cv-00946   Document 49   Filed 11/14/05   Page 2 of 2 PageID #: 621